**FILED**

JUN 2 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Seidy M. Tiburcio,      )
                        )
        Plaintiff,      )
                        )
    v.                  )        Civil Action No.   11   1148
                        )
Barack Obama,           )
                        )
        Defendant.      )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff has filed a complaint and a bulky attachment consisting mostly of medical records. She states that she wants President Barack Obama to "stop the professional-MD-Dr and polisa [] hospital to damages mi," and appears to be complaining about the health care system in Massachusetts. The complaint reveals no cognizable claim or a basis for federal court jurisdiction. It therefore will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: June 12, 2011